1    **WO**

2

3

4

5

6                     IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8

9    Dancesport Videos, LLC, an Arizona        No. CV11-1850-PHX-DGC
     limited liability company,

10                       Plaintiff,            **ORDER**

11   vs.

12   James and Jaana Kunitz, husband and wife;
13   and Digital Video Creations, LLC, an
     Arizona limited liability company, Body
14   FX, LLC, a Nevada limited liability
     company,

15                      Defendants.

16

17         Plaintiff filed a complaint alleging twelve claims against Defendants.  Doc. 1.  In

18   lieu of a response, Defendants filed a motion for a more definite statement under Federal

19   Rules Civil Procedure 12(e).  Doc. 24.  The motion is fully briefed and no party has

20   requested oral argument.  Defendants' motion for a more definite statement is granted.

21         Under Rule 12(e), if a complaint is so vague or ambiguous that a party cannot

22   reasonably be required to frame a responsive pleading, the defendant may move for an

23   order requiring a more definite statement by pointing out the defects complained of and

24   the details desired.  *Bautista v. County of L.A.*, 216 F.3d 837, 843 n.1 (9th Cir. 2000).

25   Having reviewed the compliant and the parties' briefs, the Court agrees that a more

26   definite statement of the Plaintiff's claim is required.  The complaint does not identify

27   specifically where the alleged trademark related claims occurred.  Nor does it identify

28   specific copyright registrations that were allegedly infringed or clearly identify the

1    infringing party.

2          Defendants' motion sufficiently identifies the complaint's defects and the details

3    desired. Doc. 24. The Court will grant the motion.

4          **IT IS ORDERED:**

5          1.    Defendants' motion for a more definite statement (Doc. 24) is **granted.**

6          2.    Plaintiff shall file an amended complaint by **March 15, 2012.**

7          Dated this 29th day of February, 2012.

8

9

10

11                              David G. Campbell
                                United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28